Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: |
|---|---|
| Jed Ilano Bernal | 20-40712-CN 13 |
| Debtors(s) | |

## NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on June 23, 2020 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 215, Oakland, California.

Date: May 18, 2020

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| In Re | |
|---|---|
| Jed Ilano Bernal | Chapter 13 Case Number:<br>20-40712-CN 13 |
| Debtors(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

May 18, 2020                              /s/Tiffany Chow
                                          Tiffany Chow

Jed Ilano Bernal                          Nathan D Borris Atty
38660 Lexington Street #521               1380 A Street
Fremont,CA 94536                          Hayward,CA 94541

(Debtor(s))                               (Counsel for Debtor)

Capital One Bank
Po Box 60599
City Of Industry, CA  91716

Capital One Bank
Po Box 60599
City Of Industry, CA  91716

Capital One Bank / American Infosource
4515 N Santa Fe Ave
Oklahoma City, OK  73118-0000

Capital One Bank / American Infosource
4515 N Santa Fe Ave
Oklahoma City, OK  73118-0000

Roda Daria Bernal                         The Rexford Apartment
38660 Lexington Street Apt. 521           3400 Country Drive
Fremont, CA  94536                        Fremont, CA  94536
(Creditor)                                (Creditor)

| | |
|---|---|
| 1 | Barclays |
| | Po Box 60599 |
| 2 | City Of Industry, CA  917160517 |
| | (Creditor) |
| 3 | |
| 4 | Capital One Bank C/O American Infosource |
| | Po Box 71083 |
| 5 | Charlotte, NC  282721083 |
| | (Creditor) |
| 6 | |
| | Patelco Credit Union |
| 7 | Po Box 2227 |
| | Merced, CA  953440227 |
| 8 | (Creditor) |
| 9 | |
| | Capital One Bank C/O American Infosource |
| 10 | Po Box 71083 |
| | Charlotte, NC  282721083 |
| 11 | (Creditor) |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |