Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Jed Ilano Bernal | 20-40712-CN 13 |

**WITHDRAWAL
OF
Objection to Confirmation of Chapter 13 Plan**

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Objection to Confirmation of Chapter 13 Plan for the above named Chapter 13 Case which was filed on May 12, 2020, same being court docket #17.

Date: May 18, 2020

/s/ Martha G. Bronitsky
_____
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee